

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **GEORGE BATTLE JR., GEORGE** | § | |
| **BATTLE III AND DOLLY BATTLE** | § | |
|     Plaintiffs, | § | |
| | § | |
| vs. | § | CAUSE NO._____ |
| | § | |
| | § | **3-08CV1709-K** |
| **CITY OF GRAND PRAIRIE** | § | |
|     Defendant. | § | 25408 |

## NOTICE OF REMOVAL OF ACTION

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT Defendant City of Grand Prairie ("City") removes to this Court the state court action described below:

1. Originally, Plaintiffs filed this action in the 44th Judicial District Court of Dallas County, Texas (hereinafter referred to as the "State Court"), styled *George Battle Jr., George Battle III, and Dolly Battle v. City of Grand Prairie*, Cause No. 08-09918, as more fully described in Plaintiff's 42 USC Section 1983 Claim For Wrongful Taking of Personal and Real Property, Without Due Process of Law, and Without Just Compensation (hereinafter referred to as "Plaintiffs' Petition").

2. Defendant City of Grand Prairie was served with the lawsuit on August 27, 2008, and timely filed its answer in the State Court on or about September 8, 2008, denying Plaintiffs' allegations.

3. Defendant City of Grand Prairie files this notice of removal within the 30-day time period required by 28 U.S.C. §1446(b).



4.    Said cause is currently pending in the 44th Judicial District Court of Dallas County, Texas.

5.    Pursuant to Local Rule 81.1, a certified copy of the State District Court Docket Sheet and each document filed in the State Court action, except discovery material, individually tabbed and arranged in chronological order according to the State Court file date are attached hereto as Exhibit "A" and incorporated herein.

5.    This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b) in that it arises under a constitutional question and a statutory avenue for such constitutional claims, in that Plaintiffs have attempted to state a claim under 42 U.S.C. § 1983.

6.    Contemporaneous with the filing of this Notice of Removal, Defendant City of Grand Prairie has given the 44th Judicial District Court of Dallas County, Texas written notice of this removal.

7.    Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

8.    Defendant City of Grand Prairie provides the following additional information regarding counsel of record:

> W. Dean Cook
> Cook and Cook Law Offices
> 740 E. Campbell Road, Suite 900
> Richardson, Texas 75081
> (214) 336-7440
> **Attorney for Plaintiffs**
>
> Gerald Bright (Attorney-in-charge)
> David Craft
> Walker Bright, PC

5910 N. Central Expressway, Suite 980
Dallas, Texas  75206
(214) 692-6530
**Attorneys for Defendant City of Grand Prairie**

WHEREFORE, PREMISES CONSIDERED, Defendant City of Grand Prairie respectfully requests that this action be removed to this Court, and pray for such other and further relief as Defendant may show itself justly entitled.

Respectfully submitted,

WALKER BRIGHT, PC
5910 N. Central Expressway, Suite 980
Dallas, Texas 75206
Telephone      :  (214) 692-6530
Facsimile      :  (214) 692-7821

Gerald Bright
State Bar No. 02991720
David L. Craft
State Bar No. 00790522

**Attorneys for the Defendant City of Grand Prairie**

## <u>CERTIFICATE OF SERVICE</u>

      This is to certify that a true and correct copy of the foregoing Notice of Removal has been sent to opposing counsel and/or the persons listed below by certified mail, return receipt requested and/or regular First Class U.S. Mail, as reflected below, on this the 26th day of September, 2008.

W. Dean Cook
Cook and Cook Law Offices
740 E. Campbell Road, Suite 900
Richardson, Texas 75081
**Attorney for Plaintiffs**

*VIA CMRRR # 7007 2560 0002 7943 5322*

Gerald Bright/David Craft

## TABLE OF CONTENTS

| **Document** | **Filing Date** |
|---|---|
| 1. Certified Copy of the Case Summary | |
| 2. Certified Copy of Judge's Docket Sheet | |
| 3. Certified Copy of Dallas County Civil District Court Cover Sheet | |
| 4. Plaintiff's Original Petition for Injunction and for Declaratory Judgment | 8/22/2008 |
| 5. Temporary Restraining Order | 8/22/2008 |
| 6. Citation for the City of Grand Prairie | 8/29/2008 |
| 7. Correspondence to the Court regarding the Defendant City of Grand Prairie's Original Answer | 9/22/2008 |
| 8. Defendant City of Grand Prairie's Original Answer | 9/22/2008 |





# CASE SUMMARY
## CASE NO. DC-08-09918

| | | |
|---|---|---|
| **GEORGE BATTLE, Jr., et al** | § | Location: **44th District Court** |
| **vs.** | § | Judicial Officer: **CORTEZ, CARLOS** |
| **CITY OF GRAND PRAIRIE** | § | Filed on: **08/22/2008** |
| | § | |

---

### CASE INFORMATION

Case Type: **OTHER (CIVIL)**
Sub Type: **INJUNCTION**

---

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| PLAINTIFF | BATTLE, DOLLY | |
| | | COOK, WOODY DEAN |
| | | 2-3-7 |
| | | *Retained* |
| | BATTLE, GEORGE, III | |
| | | COOK, WOODY DEAN |
| | | 2-3-7 |
| | | *Retained* |
| | BATTLE, GEORGE, Jr. | |
| | | COOK, WOODY DEAN |
| | | 2-3-7 |
| | | *Retained* |
| DEFENDANT | CITY OF GRAND PRAIRIE | |
| | | BRIGHT, GERALD |
| | | 2-6-6 |
| | | *Retained* |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 08/22/2008 | ORIGINAL PETITION (OCA) | |
| 08/22/2008 | ISSUE CITATION | |
| 08/22/2008 | ISSUE TRO AND NOTICE | |
| 08/22/2008 | **CITATION**<br>CITY OF GRAND PRAIRIE        served   08/27/2008 | |
| 08/22/2008 | ORDER - DENY<br><br>    *O/TRO DENIED* | *Vol./Book 406B,<br>Page327,, 1<br>pages* |
| 09/22/2008 | ORIGINAL ANSWER - GENERAL DENIAL<br>    Party: DEFENDANT  CITY OF GRAND PRAIRIE | |

# CASE SUMMARY
## CASE NO. DC-08-09918

| DATE | | | FINANCIAL INFORMATION | |
|------|---|---|---|---|
| | **PLAINTIFF** BATTLE, GEORGE, Jr. | | | |
| | Total Charges | | | 246.00 |
| | Total Payments and Credits | | | 250.00 |
| | **Balance Due as of 9/25/2008** | | | **(4.00)** |
| 08/22/2008 | Charge | | PLAINTIFF BATTLE, GEORGE, Jr. | 222.00 |
| 08/22/2008 | Charge | | PLAINTIFF BATTLE, GEORGE, Jr. | 24.00 |
| 08/22/2008 | PAYMENT (CASE FEES) | Receipt # 51499-2008-DCLK | PLAINTIFF BATTLE, GEORGE, Jr. | (250.00) |

*Printed on 09/25/2008 at 12:53 PM*



_____ JUDICIAL DISTRICT
COURT OF DALLAS COUNTY, TEXAS

CAUSE OF ACTION _____ INJUNCTION _____

| DC – 08 – 09918 | |
|---|---|
| **Filed: 08/22/2008** | |
| OTHER (CIVIL) | 44th District Court |
| GEORGE BATTLE, Jr. vs. CITY OF GRAND PRAIRIE | |
| Plaintiff<br>BATTLE, GEORGE, Jr. | Lead Attorney<br>COOK, WOODY DEAN |
| Defendant<br>CITY OF GRAND PR | Lead Attorney |

FILE DATE **08-22-08**    COST DEPOSIT $ **250**    JURY _____
BOND APPROVAL _____    DATE _____    INITIAL PROCESS ISSUED _____ **1**

CONSOLIDATED WITH _____ TRANSFERRED FROM _____
SEVERED FROM _____ DATE _____

| DATE FILED | PLEADINGS/ORDERS/PROCESS ISSUED | BOOK/PAGE |
|---|---|---|
| 8/22/08 | Ct Atty | |
| 8·22·08 | O/TRO · Denied | 406.B327 |
| 8-29-08 | Ret clt - City of Grand Prairie 9/27 | |
| 9·22·08 | D/orig ans - City of Grand Prairie | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

THESE ARE DISTRICT COURT PAPERS AND MUST NOT BE REMOVED FROM THE DISTRICT CLERK'S OFFICE    B-44th
**Gary Fitzsimmons, District Clerk, Dallas County**

# MEMORANDUM OF PAPERS FILED CONTINUED



08-04918

B-44th

# DALLAS COUNTY CIVIL DISTRICT COURT COVER SHEET

STYLED  *Battle*                    v.  *City of Grand Prairie*

2008 AUG 22

This Civil Cover Sheet must be completed, filed and served with every petition.  The information should be the best available at the time of fling, understanding that the information may change before trial.  This information does not constitute a discovery request, response, or supplementation, and is not admissible at trial.  Check (√) all applicable boxes.

DISTRICT/SUMMONS
DALLAS CO. TEXAS

DEPUTY

| Plaintiff(s) | Defendant(s) (list separately) |
|---|---|
| ☐ Pro Se ____ | *City of Grand Prairie* |
| Address ____ | |
| Telephone/Fax ____ | |
| E-mail ____ | |
| ☑ Attorney for Plaintiff(s) | |
| State Bar No. *24036393* | |
| Address *Cook & Cook, 740 E. Campbell Rd* | |
| *#900 Richardson, TX 75081* | |
| Telephone/Fax *214-336-7440  972-767-3920* | |
| E-mail *koocyle@yahoo.com* | |

## PARTIES *MUST* CHECK ONE CASE TYPE AND MAY CHECK ONE SUB-TOPIC

| | | |
|---|---|---|
| ☐ Administrative Appeal | ☐ Termination | ☐ Partition |
| ☐ Bill of Review | ☐ Other Employment | ☐ Quite Title |
| ☐ Certiorari | ☐ Foreclosure | ☐ Trespass/Try Title |
| ☐ Code Violations | ☐ R 736 | ☐ Other Property |
| ☐ Condemnation | ☐ Other than R 736 | ☐ Prejudgment Remedy |
| ☐ Construction | ☐ Foreign Judgment | ☐ Seizure/Forfeiture |
| ☐ Construction | ☐ Insurance | ☐ Tax |
| ☐ Debt/Contract | ☐ Mass Tort/MDL/Rule 11 | ☐ Tax Appraisal |
| ☐ Defamation | ☐ Asbestos | ☐ Tax Delinquency |
| ☐ Other Commercial Dispute | ☐ Baycol | ☐ Tax Land Bank |
| ☐ Antitrust/Unfair Comp | ☐ Breast Implant | ☐ Tax Personal |
| ☐ Consumer/DTPA | ☐ Firestone | ☐ Tax Real |
| ☐ Franchise | ☐ Phen-Fen | ☐ Workers Comp |
| ☐ Fraud/Misrep | ☐ Silica | ☑ Other — *Constitutional* |
| ☐ Intellectual Property | ☐ Other Multi-Party | |
| ☐ Non-Competes | ☐ Motor Vehicle Accident | **ADDITIONAL SUB-TOPICS** |
| ☐ Partnership | ☐ Other Personal Injury | ☐ Attachment |
| ☐ Securities/Stock | ☐ Assault/Battery | ☐ Bill of Discovery |
| ☐ Tortuous Interference | ☐ Product | ☐ Class Action |
| ☐ Other Commercial | ☐ Premises | ☐ Declaratory Judgment |
| ☐ Discipline | ☐ Other Personal Injury | ☐ Garnishment |
| ☐ Discovery | ☐ Name Change | ☐ Interpleader |
| ☐ Rule 202 Depositions | ☐ Post-Judgment | ☐ License |
| ☐ Commissions | ☐ Professional Liability | ☐ Mandamus |
| ☐ Subpoena | ☐ Accounting | ☐ Receiver |
| ☐ Letters Rogatory | ☐ Legal | ☐ Sequestration |
| ☐ Other Discovery | ☐ Med/Mal | ☐ Severance |
| ☐ Employment | ☐ Other Prof. Liab. | ☑ TRO/Injunction |
| ☐ Discrimination | ☐ Property | ☐ Turnover |
| ☐ Retaliation | | |

| DISCOVERY LEVEL | ☑ Level 1 | ☐ Level 2 | ☐ Level 3 |
|---|---|---|---|

Local Rule 1.08 Certification (Must be completed and signed)

This case is not subject to transfer pursuant to Local Rule 1.07 or
This case is related to another case filed or disposed of in Dallas County:                    Case No. ____
  Court: ____  Style: ____

_____
Attorney's Signature





NO. ___08-08918___

| | | |
|---|---|---|
| GEORGE BATTLE JR., | § | IN THE DISTRICT COURT |
| GEORGE BATTLE III, | § | DALLAS COUNTY, TEXAS |
| And DOLLY BATTLE | § | |
| v. | § | B-44th JUDICIAL |
| | § | DISTRICT |
| CITY OF GRAND PRAIRIE | § | |

## PLAINTIFF'S ORIGINAL PETITION FOR INJUNCTION AND FOR DECLARATORY JUDGMENT

TO THE HONORABLE COURT:

George Battle, Jr., George Battle III, and Dolly Battle, the plaintiffs, complain of City of Grand Prairie, Defendant, and for cause of action shows:

1. Selection of Discovery Level

The plaintiffs affirmatively plead that discovery should be conducted in accordance with a discovery control plan under Civil Procedure Rule 190.2.

2. Parties and Service of Citation

The plaintiffs are individuals residing in Texas.  The defendant is a municipality, residing in Texas, and may be served with citation at 317 W College St. Grand Prairie, Texas 75050 (Grand Prairie City Attorney's Office).

3. Relationship of Parties

George Battle Jr. and Dolly Battle are individuals residing at 3654 Forest Trail, Grand Prairie, Texas 75052. George Battle III is their son, who also claims ownership of the dog "Java".

The Battles have been in conflict for some time with the City of Grand Prairie over various dogs that have been at their property, and have been owned by them or their family members.  The current request for Injunction arises out of an order (see attached) to destroy the dog "Java", which is to be carried out within 48 hours of 2:00pm on August 20, 2008 (i.e., the dog is ordered to be destroyed on August 22, 2008, at 2:00pm.)  The dog has been ordered destroyed as a "violation of

unabated nuisance order", which was issued by the Municipal Court, after a hearing that was held on August 20, 2008, after the Battles were given notice of the hearing in a letter dated 8-14-08, which, according to its post-mark, was not mailed until August 15, 2008.  The letter noticing the Battles of the hearing was also not received by the Battle's attorney until Monday, August 18, 2008, giving them less than 2 days to prepare for the hearing.

The actions of the city have effectively meant that the Battle's have been forbidden by the City of Grand Prairie from owning any dogs on their 3654 Forest Trail, Grand Prairie, Texas 75052 property in perpetuity, despite the fact that there is no general law prohibiting the ownership of dogs by the residents of that city. The actions of the city have further violated Plaintiff's right to the use and enjoyment of the dog "Java", without due process of law and without just compensation.

4. Defendant's Breach

The defendant has threatened irreparable harm to the plaintiff's property rights by taking the dog "Java" without due process of law, and without just compensation. Specifically, the actions of the City of Grand Prairie violate the United States Constitution, the Constitution of the State of Texas, and federal law including:

1) 42 USC §1983 "Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress…"

2) Article I, Section 19, Texas State Constitution: "No citizen of this State shall be deprived of life, liberty, property, privileges or immunities, or in any manner disfranchised, except by the due course of the law of the land"

3) Article I, Section 17, Texas State Constitution: "No person's property shall be taken, damaged or destroyed for or applied to public use without adequate compensation being made, unless by the consent of such person; and, when taken, except for the use of the State, such compensation shall be first made, or secured by a deposit of money; and no irrevocable or uncontrollable grant of special privileges or immunities, shall be made; but all privileges and franchises granted by the Legislature, or created under its authority shall be subject to the control thereof."

4) Amendment IVX, United States Constitution: "…No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws…."

5) Amendment V, United States Constitution: "No person shall be…deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation." (Made Applicable against the States via Amendment IVX of the US Constitution.)

The defendant's conduct is wrongful because it has effectively taken the Plaintiff's real property at 3654 Forest Trail, Grand Prairie, Texas 75052 without due process and without just compensation by forbidding the possession of any dogs on that real property.  The defendant's conduct is further wrongful by taking Plaintiff's dog, "Java", without due process of law, and without just compensation.

5. Plaintiff's Injuries and Damages

The plaintiffs have and will continue to be damaged and injured by the defendant's conduct by the loss of use and enjoyment of their real property at 3654 Forest Trail, Grand Prairie, Texas 75052 and by the loss of the use and enjoyment of their personal property, the dog "Java", who is scheduled to be euthanized on Friday, August 22, 2008 at 2:00pm.

6. Preliminary and Permanent Injunctive Relief

a. The plaintiffs require injunctive relief to prevent the defendant from  depriving them of the use and enjoyment of their private property at 3654 Forest Trail, Grand Prairie, Texas 75052, so that they may own dogs on that property.  The plaintiffs also require injunctive relief to prevent the defendant from depriving them of the use and enjoyment of the dog "Java", which is personal property, who is scheduled to be destroyed on Friday, August 22, 2008 at 2:00pm.

b. The plaintiff has alleged a cause of action against the defendant, and as indicated in this petition, verified by the affidavit of George Battle Jr., George Battle III, and Dolly Battle

which is attached hereto and incorporated by reference, the plaintiff has shown a probable right of recovery and likelihood of success on the merits, the plaintiff will suffer imminent, irreparable harm without Court intervention, and there is no adequate remedy at law.

c. As a direct and proximate result of the defendant's wrongful actions as alleged in this petition, the plaintiff has suffered and will continue to suffer imminent injury that will be irreparable and for which no remedy at law exists without the protections of a temporary restraining order and injunctive relief. The plaintiff is willing to post the necessary reasonable bond to facilitate the injunctive relief requested.  Plaintiffs further request that the bond on the temporary restraining order be set in the amount of less than $200.00 (two hundred dollars), because prohibiting the city of Grand Prairie from euthanizing the dog "Java" for no more than 14 days will have a minimal cost impact on the City of Grand Prairie.  (The only extra cost to the defendant City would be dog food and animal shelter space.)

d. The only adequate, effective, and complete relief to the plaintiff is to restrain the defendant from further engaging in certain proscribed activities, as set forth below. Pursuant to Tex. R. Civ. P. § 680 et seq. and Tex. Civ. Prac. & Rem. Code § 65.001 et seq., and in order to preserve the status quo during the pendency of this action, the plaintiff seeks a temporary restraining order, and upon hearing, a temporary and permanent injunction, ordering and immediately restraining the defendant, including the defendant's agents, servants, employees, independent contractors, attorneys, representatives, and those persons or entities in active concert or participation with them (collectively, the "Restrained Parties") as follows:

(1) Enjoining the defendant from destroying the dog "Java", currently held by defendant or defendant's employees and agents.

(2) Enjoining the defendant from depriving the Plaintiffs of their right to keep dogs on their property at 3654 Forest Trail, Grand Prairie, Texas 75052, unless such dog(s) are found, each individually and separately, after due process of law, to be in violation of, a constitutionally valid, statute or ordinance.

(3) Enjoining the defendant to return the dog "Java" to Plaintiffs unharmed and alive.


7. Request for Declaratory Judgment

Plaintiffs further request that this court enter a declaratory judgment pursuant to the Declaratory Judgments Act, Chapter 37 of the Civil Practice and Remedies Code of Texas:

(1) Plaintiffs request that this court declare that the taking of the dog "Java" by the City of Grand Prairie violated the Texas Constitution and the Constitution of the United States.

(2) Plaintiffs further request that this court declare that their property at 3654 Forest Trail, Grand Prairie, Texas 75052 has been taken by the City of Grand Prairie in violation of the Texas Constitution and the Constitution of the United States.

(3) Plaintiffs further request that this court declare that the Magistrate's Special Conditions Order, Case No. A068793, Grand Prairie Municipal Court, dated 8-20-08, is void because it was issued in violation of the Texas Constitution and the Constitution of the United States.

(4) Plaintiffs further request that this court declare that Code of Ordinances, Grand Prairie, Texas, Chapter 5 "Animals and Fowl", Article VI "Miscellaneous",  Sec. 5-59 "Nuisances",  be declared in violation of the Texas Constitution and the Constitution of the United States, both facially and as applied.


WHEREFORE, the, plaintiff respectfully prays for the following relief:

1. A temporary restraining order, and upon hearing, a preliminary injunction for the relief requested above;

2. Declaratory relief as requested above;

3. Upon final trial, judgment against the defendant for full permanent injunctive relief, and for the full amount of the plaintiff's actual damages, as found by the trier of fact as a consequence of the defendant's conduct;

4. Prejudgment interest as provided by law;

5. Postjudgment interest as provided by law;

6. The plaintiff's reasonable and necessary attorneys' fees in prosecuting its claim(s) through trial and, if necessary, through appeal;

7. All costs of suit; and

8. Such other and further relief, at law or in equity, to which the plaintiff may show itself justly entitled.

W. Dean Cook
Texas Bar No. 24036393
214-336-7440 (phone)
972-767-3920 (fax)
Attorney for Plaintiffs

Mailing Address:
Cook and Cook Law Offices
740 E. Campbell Road, Suite 900
Richardson, Texas 75081
(Attn: Dean Cook)

## DALLAS COUNTY LOCAL RULE 2.02(c) CERTIFICATION

I certify that the Plaintiff's application for Temporary Restraining Order presented in this case is not subject to transfer under Local Rule 1.06.

W. Dean Cook
Texas Bar No. 24036393
214-336-7440 (phone)
972-767-3920 (fax)
Attorney for Plaintiffs

Mailing Address:
Cook and Cook Law Offices
740 E. Campbell Road, Suite 900
Richardson, Texas 75081
(Attn: Dean Cook)

VERIFICATION                                                    )

STATE OF TEXAS                                                  )
COUNTY OF DALLAS                                               )
                                                               )

Before me, the undersigned Notary Public, on this day personally appeared

_Dollie Battle_____, who, after being duly
sworn, stated under oath that

she is the plaintiff in this action; that he has read the above petition; and that every
statement contained in the petition is within her personal knowledge and is true and
correct.

_Dollie Battle_

SUBSCRIBED AND SWORN TO BEFORE ME on _8-21-08_____ ,
2008, to certify which witness my hand and official seal.



DAWN PRICE
MY COMMISSION EXPIRES
May 29, 2012

_____
Notary Public in and for
the State of Texas

Battle, et. al. v. City of Grand Prairie        Page 8 of 10

VERIFICATION

STATE OF TEXAS                  )

COUNTY OF DALLAS      )

                             )

                             )

Before me, the undersigned Notary Public, on this day personally appeared

GEORGE BATTLE, III, who, after being duly sworn, stated under oath that

he is the plaintiff in this action; that he has read the above petition; and that every statement contained in the petition is within his personal knowledge and is true and correct.


_____

GEORGE BATTLE, III


SUBSCRIBED AND SWORN TO BEFORE ME on 21, August ,
2008, to certify which witness my hand and official seal.


_____

Notary Public in and for
the State of Texas

MATTHEW AARON WARD
Notary Public
State of Texas
My Comm. Exp. 03-06-2012

VERIFICATION

|                    |     |
|--------------------|-----|
| STATE OF TEXAS     | )   |
| COUNTY OF DALLAS   | )   |
|                    | )   |
|                    | )   |

Before me, the undersigned Notary Public, on this day personally appeared

George L. Battle Jr. _____, who, after being duly sworn, stated under oath that

he is the plaintiff in this action; that he has read the above petition; and that every statement contained in the petition is within his personal knowledge and is true and correct.



SUBSCRIBED AND SWORN TO BEFORE ME on ___8-21-08___, 2008, to certify which witness my hand and official seal.

DAWN PRICE
MY COMMISSION EXPIRES
May 29, 2012

_____
Notary Public in and for
the State of Texas



Case No.  A068793

**MAGISTRATE'S SPECIAL CONDITIONS ORDER**

| THE STATE OF TEXAS | § | IN THE MUNICIPAL COURT |
|---|---|---|
| VS. | § | OF |
| BATTLE, GEORGE | | GRAND PRAIRIE, TEXAS |

### VIOLATION OF UNABATED NUISANCE ORDER

The Grand Prairie Municipal Court, in accordance with City Ordinance Section 5-59, hereby declares the animal(s) owned by  GEORGE BATTLE  and described below to be a continuing public nuisance. Being declared that such public nuisance exists unabated, the court declares the following action to be carried out within the guidelines of the Grand Prairie City Ordinance. Failure to complete this order constitutes contempt of court punishable by fine from $1 - $500 and/or incarceration in the city jail for three (3) days.

Description of animal(s):    Adult Male Tan/White  Pit Bull – "Java"

Action to be taken:    ☑    Based on the fact that the animal was voluntarily surrendered by the owner, Mr. George Battle on the 26th day of July, 2008, the animal is in custody of Grand Prairie Animal Services and ordered to be humanely destroyed within 48 hours at 2:00 p.m. from the date of this order per the guidelines of the Grand Prairie City Ordinance.

August 20, 2008
Date

Judge Nancy Robb
Municipal Court Judge
City of Grand Prairie

C:\office\forms\animal.frm



NO. 08-09918

| GEORGE BATTLE JR., | § | IN THE DISTRICT COURT |
| GEORGE BATTLE III, | § | DALLAS COUNTY, TEXAS |
| And DOLLY BATTLE | § | B-44th |
| v. | § | JUDICIAL DISTRICT |
| CITY OF GRAND PRAIRIE | § | |

**TEMPORARY RESTRAINING ORDER**

GEORGE BATTLE JR., GEORGE BATTLE III, AND DOLLY BATTLE, plaintiffs in this cause, have filed a verified petition for a temporary injunction and, in connection therewith, have presented a request for a temporary restraining order, as set forth in their petition. This temporary restraining order concerns the dog "Java", currently in custody of the City of Grand Prairie, who was the subject of a Municipal Court Order, dated August 20, 2008, (Case No. A068793). It clearly appears from the facts set forth in their ~~verified petition and affidavits~~ that unless The City of Grand Prairie, defendant, ~~is immediately~~ restrained from euthanizing the dog "Java", it will ~~commit the foregoing act before notice can be given and a hearing is had on plaintiff's motion for a temporary injunction;~~ and that if the commission of this act is not restrained immediately, plaintiffs will ~~suffer irreparable injury~~ because the dog "Java" is currently scheduled to be euthanized by the City of Grand Prairie on Friday, August 22, 2008, at 2:00pm.

*appeared through its atty D. Poston at a hearing conducted on August 22, 2008 at 1:00 p.m*

IT IS, THEREFORE, ORDERED that the City of Grand Prairie, defendant ~~in this cause, as well~~ as its employees and agents, ~~be, and hereby is, commanded forthwith to desist and refrain from euthanizing the dog "Java" from the date of entry of this order until and to the fourteenth day after entry or until further order of this Court.~~

IT IS FURTHER ORDERED the petition of ~~GEORGE BATTLE JR., GEORGE BATTLE III, AND DOLLY BATTLE, Plaintiffs, for temporary injunction be heard~~

before_____ (Judge)

on_____, 2008, at_____ o'clock, in the courtroom of

the_____ District Court in

the_____ building in Dallas County, Texas.

The clerk of the above-entitled Court shall forthwith, on the filing by plaintiff of the bond hereinafter required, and on approving the same according to the law, issue a temporary restraining order in conformity with the law and the terms of this order.

This order shall not be effective unless and until plaintiff executes and files with the clerk a bond, in conformity with the law, in the amount of _____ dollars

*(Based on the information filed in support of the requested relief. The Temporary restraining order is Denied.)*

SIGNED on August 22, 2008 *at 2:20 p.m*

_____
JUDGE PRESIDING
**Teresa Guerra Snelson**
*Associate Judge*
Sitting for the
44th Civil District Court



# FORM NO. 353-3 - CITATION

# THE STATE OF TEXAS

To:

**CITY OF GRAND PRAIRIE**
**GRAND PRAIRIE CITY ATTORNEYS OFFICE**
**317 W COLLEGE ST**
**GRAND PRAIRIE TX 75050**

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL PETITION FOR INJUNCTION AND FOR DECLARATORY JUDGMENT**, a default judgment may be taken against you.   Your answer should be addressed to the clerk of the **44th District Court** at 600 Commerce Street, Dallas, Texas 75202.
Said Plaintiff being **GEORGE BATTLE, Jr., ETAL**

Filed in said Court **on this the 22nd day of August, 2008** against

**CITY OF GRAND PRAIRIE**

For suit, said suit being numbered **DC-08-09918**, the nature of which demand is as follows:
Suit On OTHER (CIVIL) etc. as shown on said petition, a copy of which accompanies this citation.    If
this citation is not served,  it  shall be returned unexecuted.
WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my name and the Seal of said Court at office on this **22nd day of August, 2008**

ATTEST: GARY FITZSIMMONS
Clerk of the District Courts of Dallas, County, Texas

By _____, Deputy

FILED
2008 AUG 29  PM 3:28
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO. TEXAS
_____ DEPUTY

---

**ATTY**

# CITATION

No.: **DC-08-09918**

**GEORGE BATTLE, Jr., ETAL**
vs.
**CITY OF GRAND PRAIRIE**

ISSUED
**on this the 22nd day of August, 2008**

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By **RITA RODGERS**, Deputy

Attorney for Plaintiff
**WOODY DEAN COOK**
**740 E CAMPBELL ROAD**
**SUITE 900**
**RICHARDSON TX 75081**
**214-336-7440**

DALLAS COUNTY CONSTABLE
FEES PAID
FEES NOT PAID

**OFFICER'S RETURN**

Came to hand on the _____ 26 _____ day of _____ August _____, 20 08 , at 3:45 o'clock P .M. Executed

at 317 W. College Street Grand Prairie, Texas 75050 , within the County of _____ Dallas _____ at _____ 1:15 _____ o'clock

P .M. on the _____ 27 _____ day of _____ August _____, 20 08 , by delivering to the within

named _____ City of Grand Prairie, By Delivering to Don Postell, City Attorney _____

_____ , in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows: To certify which witness my hand.

For serving Citation $ 75.00

For mileage $ /

For Notary $ /

(Must be verified if served outside the State of Texas.)

of _____ Dallas _____ County, Texas

By _____ Sharlene J. Barns _____ Deputy

Sharlene J Barns

PROCESS RESOURCES
AND CIVIL PROCESS
9330 LBJ FREEWAY, SUITE 900
DALLAS, TEXAS 75243

Signed and sworn to by the said _____ Sharlene J. Barns _____ before me this _____ 27 _____ day of _____ August _____, 20 08

to certify which witness my hand and seal of office.

Maria Cummins
My Commission Expires
03/21/2010

_____ Maria Cummins _____
Notary Public _____ Dallas _____ County Texas



# WALKER BRIGHT PC

ATTORNEYS AT LAW

Premier Place
5910 North Central Expressway, Ste. 980
Dallas, Texas 75206
Telephone: (214) 692-6530
Facsimile: (214) 692-7821



September 19, 2008

44th District Court
George L. Allen, Sr. Courts Bldg.
600 Commerce St., Box 540
Dallas, Texas 75202

      Re:    George Battle Jr., George Battle III and Dolly Battle vs. City of Grand
               Prairie, Texas; In the 44th Judicial District Court, Dallas County Texas,
               Case No. 08-09918

Dear Clerk:

In connection with the above referenced matter, enclosed for filing please find an original and two (2) copies of Defendant City of Grand Prairie's Original Answer.

Once filed, please return the file-marked copies of the document to the undersigned in the postage paid envelope provided. A copy of this document has this day been forwarded to counsel for the opposing party.

Thank you for your assistance and please do not hesitate to contact me should you have any questions.

Sincerely,

WALKER BRIGHT PC

David Craft

DC/jer
Enclosures

Austin Office: 7000 N. Mopac Expressway, Ste. 490   Austin, Texas 78731   Telephone: (512) 708-1600   Facsimile: (512) 708-1500

Clerk, 44th District Court
*September 19, 2008*
Page 2


cc:    W. Dean Cook             Via CMRRR # 7006 2760 0005 5000 4833
        Cook & Cook Law Offices
        740 E. Campbell Road, Suite 900
        Richardson, Texas  75081



FILED

CAUSE NO. 08-09918

08 SEP 22  PM 1:30

| | | |
|---|---|---|
| GEORGE BATTLE, JR. | § | IN THE DISTRICT COURT OF |
| GEORGE BATTLE, III | § | GARY FITZSIMMONS |
| And DOLLY BATTLE | § | DISTRICT CLERK |
| | § | DALLAS CO. TEXAS |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | 44th JUDICIAL DISTRICT |
| | § | |
| THE CITY OF GRAND PRAIRIE | § | |
| | § | |
| DEFENDANT. | § | DALLAS COUNTY, TEXAS |

## DEFENDANT CITY OF GRAND PRAIRIE'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant City of Grand Prairie, and in response to Plaintiffs' Original Petition for Injunction and Declaratory Judgment ("Plaintiffs' Original Petition"), Defendant respectfully presents the following:

### GENERAL DENIAL

#### I.

Defendant City of Grand Prairie invokes the provisions of Rule 92, Texas Rules of Civil Procedure, and does thereby exercise its legal right to require Plaintiffs to prove all of the allegations contained in their pleadings by a preponderance of the evidence, if they can so prove them, which is denied, and, accordingly, Defendant City of Grand Prairie denies each and every, all and singular, the allegations contained in Plaintiffs' Original Petition, and demands strict proof thereof.



## SPECIAL DENIALS

### II.

Defendant City of Grand Prairie specifically denies that it is liable to Plaintiffs under the Texas Tort Claims Act, § 101.001, et seq, of the Texas Civil Practice and Remedies Code, under which Plaintiffs must bring their claims, and Defendant City of Grand Prairie is immune from suit and liability.

## AFFIRMATIVE DEFENSES

### III.

Defendant City of Grand Prairie asserts as an affirmative defense that all of the acts complained of in Plaintiffs' Original Petition are specifically exempted from the application of the waiver of immunity in the Texas Tort Claims Act, under which Plaintiffs must base their claims, and Defendant City of Grand Prairie is immune from liability and suit.

### IV.

Defendant City of Grand Prairie furthers assert as an affirmative defense, if same be necessary, that all of the acts complained of in Plaintiffs' Original Petition do not fall within the limited waiver of immunity in the Texas Tort Claims Act, under which Plaintiffs must base their claims, and Defendant City of Grand Prairie is therefore immune from liability and suit.

### V.

Defendant City of Grand Prairie further asserts as an affirmative defense, if same be necessary, the affirmative defense of contributory negligence, which proximately caused, in whole in part, the damages of which Plaintiffs complain.

## VI.

Defendant affirmatively pleads that its employees did not violate clearly established law of which a reasonable person would have known, and at all times, Defendants' employees' conduct was objectively reasonable.

## VII.

Defendant affirmatively pleads that the acts complained of by Plaintiffs were not proximately caused by any constitutionally defective official policy, custom or practice of the City of Grand Prairie.

## VIII.

Defendant affirmatively pleads that no act or omission on its part proximately caused any of Plaintiffs' alleged injuries or damages.

Defendant City of Grand Prairie expressly reserves its right to subsequently amend this answer to assert any counterclaims or causes of action it may have against Plaintiffs and/or any additional parties and to aver any affirmative defenses available.

WHEREFORE, PREMISES CONSIDERED, Defendant City of Grand Prairie prays that Plaintiffs take nothing by reason of this suit, and that Defendant City of Grand Prairie go hence without day with its costs, and be granted such other and further relief, both general and special, to which the City may be justly entitled at law or equity.

Respectfully submitted,

WALKER BRIGHT, P.C.
5910 North Central Expressway, Suite 980 .
Dallas, Texas  75206
Telephone:     (214) 692-6530
Telecopier:    (214) 692-7821


By: _____
        GERALD BRIGHT
        State Bar No. 02991720
        DAVID L. CRAFT
        State Bar No. 00790522

**Attorneys for Defendant City of Grand Prairie**


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Defendant City of Grand

Prairie's Original Answer has been mailed via certified mail, return receipt requested, to counsel

or parties of record as listed below on this the _____ day of September, 2008.

W. Dean Cook                          Via CMRRR # 7006 2760 0005 5000 4833
Cook & Cook Law Offices
740 E. Campbell Road, Suite 900
Richardson, Texas  75081

_____
Gerald Bright/David Craft

**JS 44** (Rev. 12/07)
# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
GEORGE BATTLE JR., GEORGE BATTLE III, AND DOLLY BATTLE

**DEFENDANTS**
City of Grand Prairie

**3-08CV1709-K**
RECEIVED
SEP 26 2008

**(b)** County of Residence of First Listed Plaintiff   Tarrant
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Dallas; Ellis; Tarrant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
W. Dean Cook, Cook and Cook Law Offices, 740 E. Campbell Road, Suite 900, Richardson, Texas 75081, 214-336-7440

Attorneys (If Known)
Gerald Bright, David Craft, Walker Bright PC, 5910 N. Central Expressway, Dallas, Texas 75206, 214-662-4207

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                    and One Box for Defendant)

|                                   | PTF | DEF |                                                          | PTF | DEF |
|-----------------------------------|-----|-----|----------------------------------------------------------|-----|-----|
| Citizen of This State             | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State          | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation                                  | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|----------|-------|--------------------|------------|----------------|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | **PERSONAL INJURY** | | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 362 Personal Injury - Med. Malpractice | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 365 Personal Injury - Product Liability | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 830 Patent | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | **SOCIAL SECURITY** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 861 HIA (1395ff) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 862 Black Lung (923) | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 863 DIWC/DIWW (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 865 RSI (405(g)) | |
| | | **IMMIGRATION** | **FEDERAL TAX SUITS** | |
| | | ☐ 462 Naturalization Application | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| | | ☐ 463 Habeas Corpus - Alien Detainee | ☐ 871 IRS—Third Party 26 USC 7609 | |
| | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):   42 USC 1983

Brief description of cause:   Plaintiffs Allege Defendants actions violated their Civil Rights

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):   JUDGE                      DOCKET NUMBER

DATE   9/26/08

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

# United States District Court
## Northern District of Texas

ORIGINAL

## Supplemental Civil Cover Sheet For Cases Removed From State Court

RECEIVED

SEP 2 6 2008

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerks Office.  Additional sheets may be used as necessary.**

1. **State Court Information:**           **3-08CV1709-K**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | **Court** | **Case Number** |
   |---|---|
   | 44th Judicial District Court of Dallas County, Texas | 08-09918 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

   | **Party and Party Type** | **Attorney(s)** |
   |---|---|
   | George Battle, Jr, George Battle, III, and Dolly Battle<br>Plaintiffs | W. Dean Cook, Esq<br>Texas Bar No. 24036393<br>Cook and Cook Law Offices<br>740 E. Campbell Road, Suite 900<br>Richardson, Texas 75081<br>(214) 336-7440 |
   | City of Grand Prairie<br>Defendant | Gerald Bright, Esq<br>State Bar No. 02991720<br>David Craft, Esq<br>State Bar No. 00790522<br>Walker Bright, PC<br>5910 N. Central Expressway<br>Suite 980<br>Dallas, Texas 75206<br>(214) 692-6530 |

**Supplemental Civil Cover Sheet**
**Page 2**

3.     **Jury Demand:**

Was a Jury Demand made in State Court?          Yes        No

      If "*Yes*," by which party and on what date?

_____          _____
Party                                                                         Date


4.     **Answer:**

Was an Answer made in State Court?                  Yes          No

      If "*Yes*," by which party and on what date?

  Defendant_____          September 22, 2008
Party                                                                      Date


5.     **Unserved Parties:**

The following parties have not been served at the time this case was removed:

      **Party**                                      **Reason(s) for No Service**

      N/A


6.     **Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

      **Party**                                      **Reason**

      N/A

**Supplemental Civil Cover Sheet**
**Page 3**

7.    **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|---|---|
| Plaintiffs | 42 USC 1983 |
| | Article I, Section 19, Texas State Constitution |
| | Article I, Section 17, Texas State Constitution |